UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13
CLIFFORD G. POLLEY
JENNIFER A. POLLEY                                  CASE NO. 09-74015


# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: BAC Home Loans Servicing LP**     **Court claim #:** (if known) 1

**Last four digits** of any number used to identify the debtor's account: 9167

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1058.26 |
| Amount Paid by Trustee | $1058.26 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:   October 19, 2012              /s/Lydia S. Meyer
                                       Lydia S. Meyer, Trustee
                                       308 W. State St., Suite 212
                                       Rockford, IL  61101


Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of October, 2012.

Dated:   October 19, 2012              /s/Cynthia K. Burnard

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPARTMENT MS: TX2-982-03-03
7105 CORPORATE DRIVE
PLANO, TX 75024

FIRST FRANKLIN LOAN SERVICES
150 ALLEGHENY CENTER MALL
LOCATER #24-040
PITTSBURGH, PA  15212

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPT   MS CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

CLIFFORD G. POLLEY
JENNIFER A. POLLEY
1201 LAKELAND DRIVE
ROCHELLE, IL  61068

ATTORNEY GARY C. FLANDERS
ONE COURT PL., #201
ROCKFORD, IL  61101